Kitty E. NICOLAI, Plaintiff/Appellant,

v.

CITY OF ST. LOUIS CIRCUIT ATTORNEY, Circuit Clerk of the 22nd Judicial Circuit, Mariano Favazza, Missouri State Highway Patrol, Troop C, St. Louis City Metropolitan Police Dept. and Federal Bureau of Investigation, Defendants/Respondents.

No. ED 85785.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 1, 2005.

Application for Transfer to Supreme Court Denied Jan. 9, 2006.

Gail Gaus Renshaw, Wood River, IL, Nicholas J. Riggio, Sr.-co-counsel, St. Louis, MO, for appellant.

David Frederick Barrett, Jefferson City, MO, for Mariano Favazza, Federal Bureau of Investigation, City of St. Louis Circuit Attorney and Missouri State Highway Patrol, Troop C.

Jane Berman Shaw, St. Louis, MO, for St. Louis City Metropolitan Police Department.

Before NANNETTE A. BAKER, P.J., ROBERT G. DOWD, JR., J. and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Kitty E. Nicolai appeals from the trial court's amended judgment granting in part and denying in part her First Amended Motion to Expunge and Close [Arrest] Records. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err in its amended judgment. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).